DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDUARDO FRANCISCO CHIRINOS GUERRERO,**
Appellant,

v.

**ERIKA MARIA BRAIN BEDOYA,**
Appellee.

No. 4D18-43

[June 7, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. FMCE 17-008619.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant.

Kevin Coyle Colbert, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***